NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TYLER J. STEVENS,**
*Petitioner,*

v.

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2010-3053

---

Petition for review of the Merit Systems Protection Board in case No. DE0752090207-I-1.

---

## ON MOTION

---

## ORDER

The Department of the Air Force moves for leave to file out-of-time a motion for a 14-day extension of time, until June 4, 2010, to file its informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

**JUN 1 1 2010**
_____                    /s/ Jan Horbaly
Date                               Jan Horbaly
                                   Clerk

cc: Tyler J. Stevens
    Anthony W. Moses, Esq.
                                        **FILED**
s17                               U.S. COURT OF APPEALS FOR
                                      THE FEDERAL CIRCUIT

                                       JUN 1 1 2010

                                       JAN HORBALY
                                          CLERK